IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| TERRELL FORTH | § | |
| VS. | § | CIVIL ACTION NO. 1:14cv184 |
| OFFICER GRAVES, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Terrell Forth, an inmate formerly at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought the above-styled lawsuit against prison officials.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

So **ORDERED** and **SIGNED** this **21** day of **November, 2014.**

_____
Ron Clark, United States District Judge

---

[1] Plaintiff filed objections to the report on November 5, 2014. However, on November 17, 2014, plaintiff filed a subsequent motion to dismiss (docket entry no. 22). Plaintiff is entitled to dismiss his action without court order pursuant to FED. R. CIV. P. 41(a)(1). Accordingly, plaintiff's objections are deemed withdrawn or, alternatively, the action is dismissed by the Court based on plaintiff's most recent motion.